IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

WYDALE CALAHAN,                   *

                  Plaintiff,     *

vs.                                  *     No. 4:16-cv-00707-SWW

CAPITAL ONE BANK (USA), N.A.,    *

                  Defendant.    *

## ORDER

Pursuant to the stipulation of dismissal [doc.#16] filed by the parties on this date, this action is hereby dismissed with prejudice.

IT IS SO ORDERED this 12th day of September 2017.

         /s/Susan Webber Wright
         UNITED STATES DISTRICT JUDGE